UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN EDWARDS, <br><br> Plaintiff, <br><br> v. <br><br> ER SOLUTIONS, INC., <br><br> Defendant. | Case No. 4:08-CV-00152-GAF <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a) with prejudice; each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Kutak Rock LLP |
| By: */s/ Richard J. Meier* | By: */s/ Trinidad Galdean* |
| Richard J. Meier | Trinidad Galdean |
| The Sears Tower | 8301 E. 21st Street |
| Suite 5150 | Suite 370 |
| Chicago, IL 60606 | Wichita, KS 67206-2935 |
| Tel: 1.866.339.1156 | Tel: 316.609.7900 |
| rjm@legalhelpers.com | Trinidad.galdean@kutarock.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2008, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*